UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

BC POWER, INC.,

    Plaintiff,

v.                                      Case No.: 2:19-cv-803-FtM-38NPM

STUART C. IRBY COMPANY,

    Defendant.
_____/

## ORDER[1]

This matter comes before the Court on *sua sponte* review of the file. Because this case involves questions of law or fact common to those Senior United States District Judge John E. Steele decided in *Stuart C. Irby Company v. BC Power, Inc.*, No. 2:16-cv-211-29CM, the undersigned transfers this case to him, with his consent, for all further proceedings under Middle District of Florida Local Rule 1.04.

**ORDERED:**

The Clerk is **DIRECTED** to transfer this case and all pending motions and deadlines to Senior United States District Judge John E. Steele.

**DONE** and **ORDERED** in Fort Myers, Florida this 15th day of January 2020.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record

---

[1] Disclaimer: Documents hyperlinked to CM/ECF are subject to PACER fees. By using hyperlinks, the Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide, nor does it have any agreements with them. The Court is also not responsible for a hyperlink's availability and functionality, and a failed hyperlink does not affect this Order.